# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OLIVER BRUCE MORRIS,

    Plaintiff,

v.

MICHAEL R. POMPEO, *in his official capacity as Secretary of State*,

    Defendant.

Case No. 2:19-cv-00569-GMN-CWH

[PROPOSED] **SCHEDULING ORDER**

Upon review of the parties' joint motion to establish a briefing schedule, the following schedule shall be entered in this case:

| | |
|---|---|
| June 14, 2019 | Plaintiff files an amended complaint. |
| June 28, 2019 | Defendant produces a copy of the certified administrative record to Plaintiff. |
| July 12, 2019 | The parties confer on the administrative record and regarding any discovery requested by Plaintiff. |
| July 26, 2019 | The parties file a joint status report setting forth either a briefing schedule based on the administrative record or a deadline for Defendant's responsive pleading. |

In addition, the deadline for Defendant's responsive pleading is extended until the date set forth in the parties' forthcoming joint status report.

IT IS SO ORDERED.

Dated: June 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE