# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OLIVER BRUCE MORRIS,

    Plaintiff,

  v.

MICHAEL R. POMPEO, *in his official capacity as Secretary of State*,

    Defendant.

Case No. 2:19-cv-00569-GMN-CWH

**SCHEDULING ORDER**

Upon review of the parties Joint Status Report (ECF #17), the following schedule shall be entered in this case:

45 days after the Court resolves Plaintiff's Motion to Supplement: Defendant's dispositive motion is due;

45 days later: Plaintiff's opposition and cross-dispositive motion are due;

30 days later: Defendant's reply and opposition are due; and

14 days later: Plaintiff's reply is due.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 29, 2019

**Scheduling Order, *Morris v. Pompeo*, No. 19-0569**